

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00831-CR

Miguel Angel **COVARRUBIAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR10931
Honorable Frank J. Castro, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice
            Irene Rios, Justice

Delivered and Filed: January 11, 2023

DISMISSED FOR WANT OF JURISDICTION

On November 28, 2022, Appellant Miguel Angel Covarrubias, representing himself, filed a notice of appeal. The notice of appeal does not indicate the date on which the trial court rendered a final judgment. The clerk's record shows Appellant has been indicted, but it does not include a final order or judgment or give any indication that either a hearing on a dispositive motion or a trial was held.

On December 16, 2022, we advised Appellant that the clerk's record does not contain an appealable judgment or order. *See* TEX. CODE CRIM. PROC. ANN. art. 44.02 (authorizing a

defendant in a criminal action to appeal); *Abbott v. State*, 271 S.W.3d 694, 697 (Tex. Crim. App. 2008) (reiterating that the right to appeal under article 44.02 is limited to appeal from a final judgment). We ordered Appellant to show cause in writing by January 3, 2023, why this appeal should not be dismissed for want of jurisdiction. We warned Appellant that if he failed to show cause in writing as ordered, this appeal would be dismissed for want of jurisdiction. *See Abbott*, 271 S.W.3d at 697 n.8.

To date, Appellant has not filed any response. Accordingly, we dismiss this appeal for want of jurisdiction.

PER CURIAM

Do not publish